Case 3:21-mj-70011-AGT   Document 7   Filed 04/15/21   Page 1 of 2

```
STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANNE C. HSIEH (CABN 288159)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7071
    FAX: (415) 436-7234
    Anne.Hsieh@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In the Matter of an Application of the United States for Authorization to Obtain Physical Location Data | CASE NO. 3:21-mj-70011-AGT<br><br>**UNITED STATES' OPPOSITION TO MOTION OF NON-PARTY MEDIA ENTITY THE NEW YORK TIMES COMPANY FOR AN ORDER TO INTERVENE AND FOR AN ORDER UNSEALING COURT RECORDS**<br><br>Date: May 4, 2021<br>Time: 10:00 a.m.<br>Location: Courtroom A — 15th Floor |

    The United States hereby requests that the Court deny the motion of non-party media entity, the New York Times Company, to unseal the court records in the above-captioned matter. The application of the United States in this matter is entirely unrelated to the court records sought by the New York Times in its motion. Specifically, the New York Times "seeks access to judicial records reflecting the government's efforts to obtain location data for smartphone users who were in the United States Capitol on January 6." ECF Dkt. 6, p. 2. The records in the above-captioned matter pertain to a search warrant sought and issued in an undercover investigation of drug trafficking activities in the Northern District of California, the subject of which bears no relationship to the events at the United States Capitol on January 6, 2021. Thus, it appears that the New York Times has mistakenly identified this case as a

GOV'T OPPOSITION TO MOTION OF NON-PARTY   1
3:21-mj-70011-AGT

relevant target for its motion to unseal.

The records in this case were sealed by the Court at the government's request due to the sensitive nature of the information contained in the application and the risk that disclosure would jeopardize the ongoing investigation and prosecution of this case.  Furthermore, the records in this case are currently subject to a court protective order in an active criminal matter due to the danger that disclosure of these records to third parties or the public could endanger the safety of confidential informants and other personnel involved in this case.  The motion of the New York Times fails to provide a sufficient basis for unsealing the sensitive records in this case or explain how this case is relevant to the records it seeks.  As such, the United States opposes the motion and respectfully requests that it be denied.

DATED:  April 15, 2021                                    Respectfully submitted,

                                                          STEPHANIE M. HINDS
                                                          Acting United States Attorney


                                                          /s/ Anne C. Hsieh
                                                          ANNE C. HSIEH
                                                          Assistant United States Attorney